UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Prometheus Real Estate
Group, Inc.            ,
                Plaintiff(s),

CASE NO. 15-cv-02234-HSG

v.

Terminix International, Inc.,
et al             ,
                Defendant(s).
_____/

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
- ☐ Non-binding Arbitration (ADR L.R. 4)
- ☐ Early Neutral Evaluation (ENE)  (ADR L.R. 5)
- ☐ Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
- ☑ Private ADR (*please identify process and provider*) Parties have agreed to private mediation. Parties will agree on mediator prior to CMC on 8/25/15.

The parties agree to hold the ADR session by:
- ☑ the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*
- ☐ other requested deadline _____

Dated: 8/4/15

/s/ Andrew Kozlow
Attorney for Plaintiff

Dated: 8/4/15

/s/ David Dalby
Attorney for Defendant

CONTINUE TO FOLLOWING PAGE

**[PROPOSED] ORDER**

[X] The parties' stipulation is **adopted** and IT IS SO ORDERED.
[ ] The parties' stipulation is **modified** as follows, and IT IS SO ORDERED.


Dated: 8/5/2015

*Haywood S. Gill, Jr.*
UNITED STATES DISTRICT JUDGE

When filing this document in ECF, please be sure to use the appropriate Docket Event, e.g., "Stipulation and Proposed Order Selecting Mediation."

1  JOSEPH J. MINIOZA (State Bar No. 197379)
   jminioza@ericksenarbuthnot.com
2  ANDREW J. KOZLOW (State Bar No: 252295)
   akozlow@ericksenarbuthnot.com
3  ERICKSEN ARBUTHNOT
   155 Grand Avenue, Ste. 1050
4  Oakland, California 94612
   (510) 832-7770
5  (510) 832-0102

6  Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PROMETHEUS REAL ESTATE GROUP, INC, | Case No.: 15-cv-02234-HSG |
| Plaintiff, | **SIGNATURE ATTESTATION FOR ADR STIPULATION** |
| vs. | |
| TERMINIX INTERNATIONAL, INC., ET AL. | |
| Defendants. | |

<u>Signature Attestation</u>

Pursuant to Civil L.R. 5-1(i), I hereby attest that concurrence in the filing of this document had been obtained from each of the other signatories whose signatures are indicated by a conformed signature ("/s/") within this e-filed document.

DATED: August 5, 2015                    ERICKSEN ARBUTHNOT

                                         By:_____*/s/ Andrew Kozlow*_____
                                               Attorney for Plaintiff