JOSEPH J. MINIOZA (State Bar No. 197379)
jminioza@ericksenarbuthnot.com
ANDREW J. KOZLOW (State Bar No: 252295)
akozlow@ericksenarbuthnot.com
ERICKSEN ARBUTHNOT
155 Grand Avenue, Ste. 1050
Oakland, California 94612
(510) 832-7770
(510) 832-0102

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PROMETHEUS REAL ESTATE GROUP, INC, <br><br> Plaintiff, <br><br> vs. <br><br> TERMINIX INTERNATIONAL, INC., ET AL. <br><br> Defendants. | Case No.: 15-cv-02234-HSG <br><br> **REQUEST FOR TELEPHONIC APPEARANCE AT AUGUST 25, 2015 CASE MANAGEMENT CONFERENCE** |

Counsel for PLAINTIFF hereby submits its request to appear at the August 25, 2015 CASE MANAGEMENT CONFERENCE.

DATED: August 20, 2015                                    ERICKSEN ARBUTHNOT

                                                                         By:_____
                                                                              JOSEPH J. MINIOZA
                                                                              Attorney for Plaintiff

**APPROVED.** Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

DATED:  August 21, 2015               By: /s/ Haywood S. Gilliam Jr.
                                                              Honorable Haywood S. Gilliam, Jr.

*Request for Telephonic Appearance at August 25, 205 Case Management Conference*                       - 1 -
15-cv-02234-HSG