AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Northern__ District of __California__

Prometheus Real Estate Group
                Plaintiff(s),

V.

Terminex International, Inc.
                Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 3:15-CV-02234HSG

Notice is hereby given that, subject to approval by the court, __Prometheus Real Estate Group__ (Party(s) Name) substitutes __David F. Beach__ (Name of New Attorney), State Bar No. __127135__ as counsel of record in place of __Joseph J. Minioza, SBN 197379__ (Name of Attorney(s) Withdrawing Appearance).

Contact information for new counsel is as follows:

    Firm Name: David F. Beach
    Address: 438 1st St., 4th Fl., Santa Rosa, CA 94501
    Telephone: (707) 525-8800    Facsimile: (707) 545-8242
    E-Mail (Optional): beach@perrylaw.net

I consent to the above substitution.
Date: 2/8/16
    (Signature of Party(s))

I consent to being substituted.
Date: 1-15-16
    Joseph J. Minioza
    (Signature of Former Attorney(s))

I consent to the above substitution.
Date: 2/9/16
    (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 2/9/2016
    Haywood S. Gill, Jr.
    Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]