UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROMETHEUS REAL ESTATE GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> TERMINIX INTERNATIONAL COMPANY LIMITED PARTNERSHIP, et al., <br><br> Defendants. | Case No.  15-cv-02234-HSG <br><br> **SCHEDULING ORDER** |

Having reviewed the parties' proposed case schedules, the Court **SETS** the following case deadlines under Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Schedule |
|---|---|
| Fact Discovery Cutoff | October 28, 2016 |
| Exchange Initial Expert Reports | November 28, 2016 |
| Expert Discovery Cutoff | December 26, 2016 |
| Dispositive Motions Hearing Deadline | February 9, 2017 at 2:00pm |
| Pretrial Conference | March 28, 2017 at 3:00pm |
| Jury Trial | April 10, 2017 at 8:30am |

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's Civil Pretrial and Trial Standing Order.

**IT IS SO ORDERED.**

Dated: 5/2/2016

HAYWOOD S. GILLIAM, JR.
United States District Judge