DAVID F. BEACH, ESQ. (SBN 127135)
OSCAR A. PARDO, ESQ. (SBN 249955)
PERRY, JOHNSON, ANDERSON,
MILLER & MOSKOWITZ, LLP
438 First Street, Fourth Floor
Santa Rosa, CA 95401
Telephone: (707) 525-8800
Facsimile: (707) 545-8242
Attorneys for Plaintiff
PROMETHEUS REAL ESTATE GROUP, INC.

David I. Dalby (SBN 114750)
Hinshaw & Culbertson LLP
One California Street, 18th Floor
San Francisco, CA 94111
Telephone:   (415) 362-6000
Facsimile:   (415) 834-9070
Attorneys for Defendants
TERMINIX INTERNATIONAL, INC. and
THE TERMINIX INTERNATIONAL COMPANY
LIMITED PARTNERSHIP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PROMETHEUS REAL ESTATE GROUP, INC., | CASE No. 3:15-CV-02234 HSG |
| Plaintiff(s), | |
| vs. | AMENDED SCHEDULING ORDER |
| | Complaint Filed: April 8, 2015 |
| TERMINIX INTERNATIONAL, INC., A Delaware Corporation, THE TERMINIX INTERNATIONAL COMPANY LIMITED PARTNERSHIP, et al., | Trial Date: April 10, 2017 |
| Defendant(s). | |

/ / /

/ / /

Pursuant to the Court's instructions given at the Further Case Management Conference held on September 13, 2016, the parties have meet, conferred, and mutually agreed to the following amendment to the original Scheduling Order of May 2, 2016.

| Event | Original Schedule | Amended Schedule |
|---|---|---|
| Fact Discovery Cutoff | October 28, 2016 | December 5, 2016 |
| Exchange of Initial Expert Report | November 28, 2016 | Unchanged |
| Expert Discovery Cutoff | December 26, 2016 | Unchanged |
| Dispositive Motions Hearing Deadline | February 9, 2017 at 2:00pm | Unchanged |
| Pretrial Conference | March 28, 2017 at 3:00pm | Unchanged |
| Jury Trial | April 10, 2017 at 8:30am | Unchanged |

Having reviewed the parties' amendment to the Schedule Order, the Court now adopts the deadlines set under the Amended Scheduling Order pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10. These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with the Court's Civil Pretrial and Trial Standing Order.

**IT IS SO ORDERED.**

Dated: 10/5/2016

HAYWOOD S. GILLIAM, JR
United States District Judge

Approved as to Form:

Dated: September 27, 2016

PERRY, JOHNSON, ANDERSON,
MILLER & MOSKOWITZ, LLP

By:   */s/ Oscar A. Pardo*
DAVID F. BEACH
OSCAR A. PARDO
Attorneys for Plaintiff
PROMETHEUS REAL ESTATE GROUP, INC.

1  Dated: September 27, 2016                HINSHAW & CULBERTSON, LLP

2                                           By:  */s/ David I. Dalby*
3                                                DAVID I. DALBY
                                                 Attorney for Defendants
4                                                TERMINIX INTERNATINAL, INC. and
                                                 THE TERMINIX INTERNATIONAL
5                                                COMPANY LIMITED PARTNERSHIP