DAVID F. BEACH, ESQ. (SBN 127135)
OSCAR A. PARDO, ESQ. (SBN 249955)
PERRY, JOHNSON, ANDERSON,
MILLER & MOSKOWITZ, LLP
438 First Street, Fourth Floor
Santa Rosa, CA 95401
Telephone: (707) 525-8800
Facsimile: (707) 545-8242
Attorneys for Plaintiff
PROMETHEUS REAL ESTATE GROUP, INC.

David I. Dalby (SBN 114750)
Hinshaw & Culbertson LLP
One California Street, 18th Floor
San Francisco, CA 94111
Telephone:   (415) 362-6000
Facsimile:    (415) 834-9070
Attorneys for Defendants
TERMINIX INTERNATIONAL, INC. and
THE TERMINIX INTERNATIONAL COMPANY
LIMITED PARTNERSHIP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| PROMETHEUS REAL ESTATE GROUP, INC., | CASE No. 3:15-CV-02234 HSG |
|---|---|
| Plaintiff(s), | |
| vs. | STIPULATION TO AMENDED SCHEDULING ORDER |
| TERMINIX INTERNATIONAL, INC., A Delaware Corporation, THE TERMINIX INTERNATIONAL COMPANY LIMITED PARTNERSHIP, et al., | Complaint Filed:   April 8, 2015 |
| Defendant(s). | Trial Date:   April 10, 2017 |

/ / /

/ / /

1

STIPULATION TO AMENDED SCHEDULING ORDER          Case No. 3:15-CV-02234 HSG

THE PARTIES TO THIS ACTION DO HEREBY STIPULATE to the following amendments to the Case Management Schedule Order "CMSO" of October 5, 2016. The parties have meet, conferred, and mutually agreed that despite their diligent efforts additional time is necessary to prepare this matter for an eventual trial. The parties have agreed to, and are seeking the Court's consent, to extend the trial date on this matter for forty-five (45) days. The parties have also worked through the additional Case Management Schedule Order dates and proposed the following amended schedule:

| Event | Schedule Per October 5, 2016 CMSO | Amended Schedule |
| --- | --- | --- |
| Fact Discovery Cutoff | December 5, 2016 | January 19, 2017 |
| Exchange of Initial Expert Report | November 28, 2016 | Feb 17, 2017 |
| Expert Discovery Cutoff | December 26, 2016 | March 17, 2017 |
| Dispositive Motions Hearing Deadline | February 9, 2017 at 2:00pm | May 4, 2017 at 2:00 p.m. |
| Pretrial Conference | March 28, 2017 at 3:00pm | May 11, 2017 at 3:00 p.m. |
| Jury Trial | April 10, 2017 at 8:30am | May 25, 2017 at 8:30am |

Good Cause exists in this instance as the amendments are necessitated in light of the pending fact discovery and the need for its completion before expert discovery can take place. Moreover, expert reports and discovery cannot proceed in a comprehensive manner until fact discovery is completed. The present CMSO has expert discovery dates that overlap the fact discovery cutoff date. The parties have been working cooperatively and extensively to complete discovery, including written discovery responses and depositions. Despite best efforts by all parties, it is evident that fact discovery cannot be completed without it impacting expert discovery and eventually trial preparation. Therefore the parties are proposing a short extension of the timeline to allow completion of both.

1   THEREFORE, THE PARTIES HEREBY STIPULATE to the following amendments to the
CMSO and respectfully request this Court's consent.

**IT IS SO ORDERED.**

Dated:_____     _____
HAYWOOD S. GILLIAM, JR
United States District Judge

Approved as to Form:

Dated: November 23, 2016          PERRY, JOHNSON, ANDERSON,
                                   MILLER & MOSKOWITZ, LLP

                         By:      */s/ Oscar A. Pardo*
                                   DAVID F. BEACH
                                   OSCAR A. PARDO
                                   Attorneys for Plaintiff
                                   PROMETHEUS REAL ESTATE GROUP,
                                   INC.

Dated: November 23, 2016          HINSHAW & CULBERTSON, LLP

                         By:      */s/ Mary Hess*
                                   DAVID I. DALBY
                                   MARY HESS
                                   Attorney for Defendants
                                   TERMINIX INTERNATINAL, INC. and
                                   THE TERMINIX INTERNATIONAL
                                   COMPANY LIMITED PARTNERSHIP



DENIED
Judge Haywood S. Gilliam Jr.
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

3

STIPULATION TO AMENDED SCHEDULING ORDER                Case No. 3:15-CV-02234 HSG