1  DAVID F. BEACH, ESQ. (SBN 127135)
   OSCAR A. PARDO, ESQ. (SBN 249955)
2  PERRY, JOHNSON, ANDERSON,
3  MILLER & MOSKOWITZ, LLP
   438 First Street, Fourth Floor
4  Santa Rosa, CA 95401
   Telephone: (707) 525-8800
5  Facsimile: (707) 545-8242
6  Attorneys for Plaintiff
   PROMETHEUS REAL ESTATE GROUP, INC.
7

8  MARY J. HESS (*Pro Hac Vice*)
   David I. Dalby (SBN 114750)
9  Hinshaw & Culbertson LLP
   One California Street, 18th Floor
10 San Francisco, CA 94111
   Telephone:   (415) 362-6000
11 Facsimile:   (415) 834-9070
12 Attorneys for Defendants
   TERMINIX INTERNATIONAL, INC. and
13 THE TERMINIX INTERNATIONAL COMPANY
   LIMITED PARTNERSHIP
14

15              UNITED STATES DISTRICT COURT

16              NORTHERN DISTRICT OF CALIFORNIA

17                   SAN FRANCISCO DIVISION

| | |
|---|---|
| PROMETHEUS REAL ESTATE GROUP, INC., | CASE No. 3:15-CV-02234 HSG |
| Plaintiff(s), | |
| vs. | AMENDED SCHEDULING ORDER |
| | Complaint Filed:   April 8, 2015 |
| TERMINIX INTERNATIONAL, INC., A Delaware Corporation, THE TERMINIX INTERNATIONAL COMPANY LIMITED PARTNERSHIP, et al., | Trial Date:   April 10, 2017 |
| Defendant(s). | |

28  / / /

---

PERRY, JOHNSON, ANDERSON, MILLER & MOSKOWITZ LLP

Pursuant to the Court's instructions given at the Further Case Management Conference held on November 29, 2016, the parties have meet, conferred, and mutually agreed to the following amendment to the Scheduling Order of October 5, 2016.

| Event | Schedule per October 5, 2016 CMSO | Amended Schedule |
| --- | --- | --- |
| Fact Discovery Cutoff | October 28, 2016 | January 13, 2017 |
| Exchange of Initial Expert Report | November 28, 2016 | January 31, 2017 |
| Expert Discovery Cutoff | December 26, 2016 | February 21, 2017 |
| Dispositive Motions Hearing Deadline | February 9, 2017 at 2:00pm | Unchanged |
| Pretrial Conference | March 28, 2017 at 3:00pm | Unchanged |
| Jury Trial | April 10, 2017 at 8:30am | Unchanged |

Having reviewed the parties' amendment to the Schedule Order, the Court now adopts the deadlines set under the Amended Scheduling Order pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10. These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with the Court's Civil Pretrial and Trial Standing Order.

**IT IS SO ORDERED.**

Dated: 12/19/2016

HAYWOOD S. GILLIAM, JR
United States District Judge

Approved as to Form:

Dated: December 19, 2016         PERRY, JOHNSON, ANDERSON,
                                 MILLER & MOSKOWITZ, LLP

                         By:     */s/ Oscar A. Pardo*
                                 DAVID F. BEACH
                                 OSCAR A. PARDO
                                 Attorneys for Plaintiff
                                 PROMETHEUS REAL ESTATE GROUP, INC.

Dated: December 19, 2016          HINSHAW & CULBERTSON, LLP

                          By:    */s/ Mary J. Hess*
                                 MARY J. HESS (*Pro Hac Vice*)
                                 DAVID I. DALBY
                                 Attorney for Defendants
                                 TERMINIX INTERNATINAL, INC. and
                                 THE TERMINIX INTERNATIONAL
                                 COMPANY LIMITED PARTNERSHIP