DAVID F. BEACH, ESQ. (SBN 127135)
OSCAR A. PARDO, ESQ. (SBN 249955)
PERRY, JOHNSON, ANDERSON,
MILLER & MOSKOWITZ, LLP
438 First Street, Fourth Floor
Santa Rosa, CA 95401
Telephone: (707) 525-8800
Facsimile: (707) 545-8242Attorneys for Plaintiff
PROMETHEUS REAL ESTATE GROUP, INC.

David I. Dalby (SBN 114750)
Hinshaw & Culbertson LLP
One California Street, 18th Floor
San Francisco, CA 94111
Telephone: (415) 362-6000
Facsimile: (415) 834-9070
Attorneys for Defendants
TERMINIX INTERNATIONAL, INC. and
THE TERMINIX INTERNATIONAL COMPANY
LIMITED PARTNERSHIP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PROMETHEUS REAL ESTATE GROUP, INC., <br><br> Plaintiff(s), <br><br> vs. <br><br> TERMINIX INTERNATIONAL, INC., A Delaware Corporation, THE TERMINIX INTERNATIONAL COMPANY LIMITED PARTNERSHIP, et al., <br> Defendant(s). | CASE No. 4:15-CV-02234 HSG <br><br> STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii) AND [*PROPOSED*] ORDER <br><br> Complaint Filed: April 8, 2015 <br> Trial Date: April 10, 2017 |

27 / / /

28 / / /

1

STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO
F.R.C.P. 41(a)(1)(A)(ii) AND [PROPOSED] ORDER        Case No. 3:15-CV-02234 HSG
                                                                          131763683v1 0971887

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED upon by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed, with prejudice, against Defendants Terminix International, Inc. and The Terminix International Company Limited Partnership. This voluntary dismissal is made with each party agreeing to bear their respective attorney's fees and costs and under other specific terms outlined in a duly executed settlement release which settlement this court has determined to have been made in good faith.

Dated: May 18, 2017       PERRY, JOHNSON, ANDERSON, MILLER & MOSKOWITZ, LLP

By:   */s/ Oscar A. Pardo*
      DAVID F. BEACH
      OSCAR A. PARDO
      Attorneys for Plaintiff
      PROMETHEUS REAL ESTATE GROUP, INC.

Dated: May 18, 2017       HINSHAW & CULBERTSON, LLP

By:   */s/ Mary J. Hess*
      MARY J. HESS
      DAVID I. DALBY
      Attorney for Defendants
      TERMINIX INTERNATINAL, INC. and
      THE TERMINIX INTERNATIONAL
      COMPANY LIMITED PARTNERSHIP

## **ORDER**

GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED THAT this action is dismissed in its entirety, with prejudice, with each party to bear their own fees and costs, including attorney's fees. The Clerk of Court is directed to close this case.

Dated: 5/18/2017

HAYWOOD S. GILLIAM, JR
United States District Judge